UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| HOISTING WIRE ROPE & SLING, LLC, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> ACCU-TECH COMPUTER SERVICES, *et* § <br> *al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:16-CV-00061 |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On December 15, 2017, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation" (D.E. 40), regarding choice of law. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 40), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court will apply

Louisiana law to Plaintiff's breach of contract and warranty claims and Texas law to Plaintiff's tort and statutory claims.

ORDERED this 5th day of January, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE